## The People on the relation of Cyrus Jones v. The Judge of the Kent Circuit.

*Mandamus: Practice.* *Mandamus* is denied where the record fails to show upon what papers the circuit judge based his action which is sought to be reviewed.

*Submitted on briefs and decided June 21.*

Application for *mandamus.*

*Thompson & Pratt,* for relator.

*Taggart, Allen & Wolcott,* for respondent.

COOLEY, CH. J:

The application for a *mandamus* in this case is denied without an examination of the merits, for the reason that there is no return of the circuit judge showing upon what papers the transfer of the case from the circuit to the superior court was made. We are unwilling to decide cases upon such imperfect records, when our action would be equivalent to a review of the rulings of another court without knowing what that court based its action upon.

The other Justices concurred.